In the Matter of the Application of CHARLES WHANN and FREDERICK S. SCHLESINGER, Appellants, for a Peremptory Writ of Mandamus against BIRD S. COLER, as Comptroller of the City of New York, Respondent.

*Matter of Whann,* 38 App. Div. 339, affirmed.
(Argued April 18, 1899; decided May 12, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1899, affirming an order of Special Term denying a motion for a peremptory writ of mandamus requiring the comptroller of the city of New York to issue to the petitioners registered stock of the city of New York to the amount of $35,000 in lieu of a like amount of bonds issued previous to consolidation with the city of New York by the former village of Richmond Hill, conditioned in such form as said village bonds would have been conditioned if originally issued in registered form.

*J. H. Caldwell* for appellants.

*John Whalen,* Corporation Counsel (*Theodore Connoly* and *George L. Sterling* of counsel), for respondent.

Order affirmed, with costs; no opinion.
All concur.